JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FIVE STAR AIRPORT ALLIANCE, INC. formerly known as G & T CONVEYOR COMPANY, a Florida Corporation,<br><br>   Plaintiff,<br><br> vs.<br><br>WALSH AUSTIN JOINT VENTURE, an Illinois joint venture between WALSH CONSTRUCTION COMPANY, an Illinois corporation and AUSTIN COMMERCIAL, L.P., a Delaware limited partnership; CITY OF LOS ANGELES, a California public entity; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; FEDERAL INSURANCE COMPANY, an Indiana corporation; and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. CV 14-04604 JVS (RNBx)<br><br>**ORDER OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Assigned to:<br>Hon. James V. Selna, Courtroom 10<br><br>Complaint Filed: June 16, 2014<br>Trial Date: Not Set |

---

ORDER OF DISMISSAL OF ACTION WITH PREJUDICE

Case No. CV 14-04604 JVS (RNBx)

Pursuant to the Stipulation of Dismissal of Action With Prejudice (Dkt. No. 28) by and between the Parties, it is hereby ORDERED that (a) the entire action and all causes of action and claims asserted by Five Star Airport Alliance, Inc. formerly known as G&T Conveyor Company against Walsh Austin Joint Venture, Walsh Construction Company, Austin Commercial, LP, Travelers Casualty and Surety Company of America, Travelers Casualty And Surety Company, Federal Insurance Company, and Liberty Mutual Insurance Company are DISMISSED WITH PREJUDICE.

All parties will bear their own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED**.

Dated: December 2, 2014    By: _____
                               Honorable James V. Selna
                               UNITED STATES DISTRICT JUDGE

**AGREED AS TO FORM AND SUBSTANCE:**

By: /s/ Timothy S. Noon

Timothy S. Noon, Esq.
Brandon J. Vegter, Esq.
WRIGHT FULFORD MOORHEAD & BROWN, LLP
501 West Broadway, Suite 1260
San Diego, CA 92101
Telephone: (619) 234-1300
Facsimile: (619) 234-1303
Email: bvegter@wfmblaw.com
Attorneys for Plaintiff FIVE STAR AIRPORT ALLIANCE INC.

By: /s/ Matthew M. Brady

Robert B. Thum, Esq.
Matthew M. Brady, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033
Email: matt.brady@pillsburylaw.com
Attorneys for Defendants WALSH AUSTIN JOINT VENTURE, WALSH CONSTRUCTION COMPANY AND AUSTIN COMMERCIAL L.P.

By: /s/ Craig T. Reese

Michael St. Denis, Esq.
Craig T. Reese, Esq.
MICHAEL ST. DENIS PROFESSIONAL CORPORATION
25550 Hawthorne Boulevard, Ste. 118
Torrance, CA 90505
Telephone: (310) 378-4700
Facsimile: (310) 378-8722
Email: craig@mikestdenislaw.com
Attorneys for Defendants
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; TRAVELERS CASUALTY AND SURETY COMPANY, FEDERAL INSURANCE COMPANY; and LIBERTY MUTUAL INSURANCE COMPANY